**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively and on Behalf of CITIGROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN A. THAIN, CAROL T. CHRIST, ARMANDO M. CODINA, JUDITH MAYHEW JONAS, VIRGIS W. COLBERT, ALBERTO CRIBIORE, AULANA L. PETERS, CHARLES O. ROSSOTTI, JOHN D. FINNEGAN, JOSEPH W. PRUEHER, ANN N. REESE, E. STANLEY O'NEAL, NELSON CHAI, GREGORY J. FLEMING, ROBERT J. MCCANN, PETER S. KRAUS, JEFFREY N. EDWARDS, ERIC HEATON, AHMASS L. FAKAHANY, DOW KIM, THOMAS K. MONTAG, DAVID SLOBOTKA, JEFF SCHULTZ, SCOTT BROWN, THOMAS J. MURRAY, FRANCES M. CONSTABLE, JOHN PRICE, MARY ROONEY, MARTIN MAURO, KEVIN J. CONERY, DEREK SIN, JOHN MAIER AND ROSEMARY T. BERKERY, <br><br> Defendants, <br><br> and <br><br> MERRILL LYNCH & CO., INC., <br><br> Nominal Defendant. | Case No. 08 CV 7375 <br><br> **NOTICE OF APPEARANCE BY KIM E. MILLER** |

PLEASE TAKE NOTICE that Kim E. Miller (KM-6996) hereby appears in this action on behalf of

- 1 -

plaintiff Louisiana Municipal Police Employees Retirement System.

Dated: August 28, 2008

        KAHN GAUTHIER SWICK, LLC

        _____/s/ Kim E. Miller_____
        Kim E. Miller (KM-6996)
        Michael Swick (MS-9970)
        12 East 41st Street—12th Floor
        New York, NY 10017
        Kim.miller@kgscounsel.com
        Michael.swick@kgscounsel.com
        Telephone: (212) 696-3730
        Facsimile: (504) 455-1498

        Lewis S. Kahn
        Albert M. Myers (AM-2750)
        Kevin Oufnac
        650 Poydras Street, Suite 2150
        New Orleans, LA 70130
        Telephone: (504) 455-1400
        Facsimile: (504) 455-1498
        Lewis.kahn@kgscounsel.com
        Al.myers@kgscounsel.com
        Kevin.oufnac@kgscounsel.com

        *Attorneys for Plaintiff the Louisiana Municipal Employees Retirement System*