**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively and on Behalf of CITIGROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN A. THAIN, CAROL T. CHRIST, ARMANDO M. CODINA, JUDITH MAYHEW JONAS, VIRGIS W. COLBERT, ALBERTO CRIBIORE, AULANA L. PETERS, CHARLES O. ROSSOTTI, JOHN D. FINNEGAN, JOSEPH W. PRUEHER, ANN N. REESE, E. STANLEY O'NEAL, NELSON CHAI, GREGORY J. FLEMING, ROBERT J. MCCANN, PETER S. KRAUS, JEFFREY N. EDWARDS, ERIC HEATON, AHMASS L. FAKAHANY, DOW KIM, THOMAS K. MONTAG, DAVID SLOBOTKA, JEFF SCHULTZ, SCOTT BROWN, THOMAS J. MURRAY, FRANCES M. CONSTABLE, JOHN PRICE, MARY ROONEY, MARTIN MAURO, KEVIN J. CONERY, DEREK SIN, JOHN MAIER AND ROSEMARY T. BERKERY, <br><br> Defendants, <br><br> and <br><br> MERRILL LYNCH & CO., INC., <br><br> Nominal Defendant. | Case No. 08 CV 7375 <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Plaintiff, by its undersigned attorneys, hereby dismisses this action voluntarily pursuant to

- 1 -

- 2 -

Federal Rule of Civil Procedure 41(a). The reason for the dismissal is that the case caption mistakenly identifies the plaintiff as suing on behalf of Citigroup, Inc.

Dated: August 28, 2008

KAHN GAUTHIER SWICK, LLC

   /s/ Kim E. Miller
Kim E. Miller (KM-6996)
Michael Swick (MS-9970)
12 East 41st Street—12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Kim.miller@kgscounsel.com
Michael.swick@kgscounsel.com

Lewis S. Kahn
Albert M. Myers (AM-2750)
Kevin Oufnac
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Lewis.kahn@kgscounsel.com
Al.myers@kgscounsel.com
Kevin.oufnac@kgscounsel.com

*Attorneys for Plaintiff the Louisiana Municipal Employees Retirement System*